DANIEL J. BRODERICK, #89424
Federal Defender
STEPHEN BETZ, #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SALVADOR MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>SALVADOR MARQUEZ,<br><br>    *Defendant*. | NO. 1:06-mj-0186-SMS<br><br>REQUEST FOR PERMISSION TO TRAVEL TO PUERTO VALLARTA, MEXICO; DECLARATION OF COUNSEL; EXHIBITS; [PROPOSED] ORDER<br><br>Judge: Hon. Lawrence J. O'Neill |

      Defendant, Salvador Marquez, hereby requests authorization from this Court to travel from Sylmar, California to Puerto Vallarta, Mexico. Mr. Marquez is requesting this travel for vacation as well as interest in purchasing property in Puerto Vallarta with his parents. Attached as Exhibit A is a copy of a Travel Request Form. Mr. Marquez' scheduled departure date is April 18, 2007 and his return date is April 26, 2007. See Exhibit B copy of Mr. Marquez' Air and Hotel Confirmation.

      On or about September 20, 2006, Mr. Marquez plead guilty to 36 C.F.R. § 4.2/California Vehicle Code § 23103/23103.5 (Wet Reckless) and 36 C.F.R. § 4.14 (open container). On that same date Mr. Marquez was sentenced by the Hon. Lawrence O'Neill. As Mr. Marquez pled guilty and was sentenced before the Court was faced with a large influx of driving under the influence cases he was actually placed on supervised probation. Term One of Mr. Marquez' Standard Terms and Conditions of Probation is that he shall not leave the judicial district without permission of his probation officer or the court. See

Judgment and Commitment Order Page 2. As Mr. Marquez resides in Sylmar, California he is being supervised by United States Probation Officer Benjamin Ventura out of the Central District of California.

As set forth in the attached Declaration of Counsel, United States Probation Officer Benjamin Ventura has no objection to the Court granting Mr. Marquez permission to travel. Quentin Cedar, Certified Law Student with the United States Attorney's Office, who handled the prosecution of Mr. Marquez also has no objection to allowing Mr. Marquez to go on this trip.

If the Court grants Mr. Marquez' travel request he would depart with his friend, Valerie Reneau, from Los Angeles International Airport ("LAX") on April 18, 2007 on Delta Airlines Flight 219 at approximately 10:50 a.m. He would arrive at the airport in Puerto Vallarta Airport ("PVR") at approximately 3:54 p.m (local time). See Exhibit B. Mr. Marquez would check into the Royal Decameron Costa Flamingos Hotel on April 18, 2007. The hotel's address is Lazaro Cardenas 150 Nuevo Costera Bucerias , Nayarit 63727, Mexico.
http://www.funjet.com/destinations/HotelProfilesPage.asp?Dest=PVR&gsOrigin=&parent=PVRRDCF
(Accessed February 26, 2007). While in Puerto Vallarta Mr. Marquez will also be with his parents, Juana Marquez and Salvador Marquez. Attached as Exhibit C is a copy of his parent's travel itinerary. However, they will be staying at a different location and arriving and departing on different dates.

Mr. Marquez would check out of the hotel on April 25, 2007. See Exhibit B. On that same date he would depart PVR on Delta Airlines Flight 218 at approximately 4:45 p.m. See Exhibit B. He would arrive at LAX at approximately 6:03 p.m. See Exhibit B.

///
///
///
///
///
///
///
///
///

If the Court would like a hearing on this matter counsel will be happy to appear before, Your Honor.

Dated:  March 7, 2007

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender


                                                /S/ Stephen Betz
                                                STEPHEN BETZ
                                                Staff Attorney
                                                Attorney for Defendant
                                                SALVADOR MARQUEZ


## O R D E R

**IT IS SO ORDERED**.  The court hereby authorizes Salvador Marquez to travel from Sylmar, California to Puerto Vallarta, Mexico, and be absent from the Central District of California from April 18, 2007 to April 25, 2007.

Dated: March 7, 2007


                                          /s/ *Dennis L. Beck*
                                          Honorable Dennis L. Beck
                                          United States District Court Judge
                                          Eastern District of California

**DECLARATION OF STEPHEN BETZ**

I, Stephen Betz, declare under penalty of perjury:

1. I am an attorney admitted to practice before this court and am currently employed as a Staff Attorney with the Office of the Federal Public Defender.
2. I became attorney of record for Salvador Marquez, the defendant in the above entitled matter, on or about August 1, 2006.
3. On or about September 20, 2006, I represented Mr. Marquez in a change of plea hearing where Mr. Marquez was sentenced to 24 months of supervised probation.
4. On or about February 23, 2007, Salvador Marquez faxed me initial documentation concerning a possible trip to Puerto Vallerta, Mexico.
5. On or about February 26, 2007, I spoke with United States Probation Officer Benjamin Ventura regarding Mr. Marquez' possible trip to Puerto Vallerta, Mexico.
6. Probation Officer Ventura stated he has no objection to Mr. Marquez' trip to Mexico.
7. On or about February 27, 2007, I spoke with Quentin Cedar, Certified Law Clerk with the United States Attorney's Office, via telephone.
8. Mr. Cedar also stated that he had no objection to Mr. Marquez' travel request.
9. On or about March 7, 2007, I spoke to Valerie Reneau, who confirmed that she made the reservations and stated she would be accompanying Mr. Marquez on the trip.

Signed under penalty of perjury this 7th day of March 2007, at Fresno, California.

/s/ Stephen Betz  
STEPHEN BETZ  
STAFF ATTORNEY